UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

CHRISTOPHER HARRISON, individually, and )
as lead plaintiff on behalf of the surviving children )
of AMANDUS HARRISON, deceased, )
                 )
       Plaintiff, )
                 )
v. )      No. 2:25-CV-00030-DCLC-CRW
                 )
JOPEN, LLC, et al., )
                 )
       Defendants. )

**ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 102]. Magistrate Judge Wyrick recommends the Court grant in part and deny in part Plaintiff's Motion to Preserve Diversity Jurisdiction or in the Alternative for Leave to Amend [Doc. 85]. Specifically, she recommends the Court, to preserve diversity jurisdiction, grant Plaintiff's request for dismissal without prejudice of Defendant Olistica Life Sciences Group ("Olistica") and deny Plaintiff's request to amend his complaint by adding jurisdictional allegations. [*Id.* at 6]. None of the parties has timely objected to her report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Having carefully reviewed the record, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the

report and recommendation, which the Court adopts and incorporates into Order, Plaintiff's Motion to Preserve Diversity Jurisdiction or in the Alternative for Leave to Amend [Doc. 85] is **GRANTED in part** and **DENIED in part**. It is **GRANTED** to the extent Plaintiff requests dismissal without prejudice of Olistica, and Olistica is hereby **DISMISSED WITHOUT PREJUDICE** as a party to this action. Plaintiff's motion is **DENIED** in all other respects.

       **SO ORDERED:**

s/Clifton L. Corker               
United States District Judge
